PER CURIAM.
Affirmed. See Michelin Reifenwerke, A.G. v. Roose, 462 So.2d 54 (Fla. 4th DCA 1985); Johnson v. Taylor Rental Center, Inc., 458 So.2d 845 (Fla. 2d DCA 1984); Garrido v. Markus, Winter & Spitale Law Firm, 358 So.2d 577 (Fla. 3d DCA 1978); Louis v. South Broward Hospital District, 353 So.2d 562 (Fla. 4th DCA 1978) Galuppi v. Viele, 232 So.2d 408 (Fla. 4th DCA 1970); compare Cabot v. Clearwater Construction Company, 89 So.2d 662 (Fla.1956).